FILED

09/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0247

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ROBERT MATHEW HOLGUIN, JR.,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 30, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 23 2020